**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jesus MARTINEZ–NUNEZ, aka Jesus Martinez, Defendant–Appellant.**

No. 01–10518.
D.C. No. CR–01–00101–JMR.

United States Court of Appeals,
Ninth Circuit.

Submitted June 9, 2003.*

Decided June 16, 2003.

Before RYMER, THOMAS and SILVERMAN, Circuit Judges.

MEMORANDUM**

Jesus Martinez–Nunez appeals his guilty-plea conviction and 57–month sentence for being an alien found in the United States following deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Martinez–Nunez has filed a brief stating that there are no meritorious issues for review, and a motion to withdraw as counsel of record. Martinez–Nunez has filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no further issues for review. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.